**Order entered September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00138-CR

### CHUNG KIM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause No. F13-52168-U**

## ORDER

The clerk's record does not contain a copy of the trial court's certification of appellant's right to appeal. A completed certification is required by Texas Rule of Appellate Procedure 25.2. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Therefore, we **ORDER** the trial court to prepare and file, within **FIFTEEN DAYS** of the date of the order, a completed certification that accurately reflects the trial court proceedings.

We **ORDER** court reporter Peri Wood to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 94, a DVD.

We **DIRECT** THE Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; Peri Wood, official court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
            JUSTICE